JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT GOUKASIAN, et al., | Case No. CV 22-2391-GW-ARMx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| BMW OF NORTH AMERICA, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 23, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE